# UNITED STATES DISTRICT COURT
## District of Minnesota

Rigoberto Espinoza Vergara,

Petitioner,

v.

David Easterwood, Markwayne Mullin, Todd Lyons, Pamela Bondi, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1317 (SHL/ECW)

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

In light of the information provided in 7 Federal Respondents' Status Update, the Clerk of Court is directed to enter judgment in favor of Petitioner and close this case.

Date: 3/27/2026

KATE M. FOGARTY, CLERK